**Electronically Filed
Supreme Court
SCWC-14-0001298
02-DEC-2016
12:37 PM**

SCWC-14-0001298

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PATRICIA E. BREAULT OLIVEIRA, Respondent/Plaintiff-Appellee,

vs.

DARRYL J. OLIVEIRA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001298; FC-D NO. 09-1-000044)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Darryl J. Oliveira's application for writ of certiorari filed on October 19, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 2, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

